# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 419 MAL 2022

         Respondent             :

                                     :    Petition for Allowance of Appeal
                                     :    from the Order of the Superior Court

         v.                     :

                                     :

GREGORY LEWIS, JR.,             :

         Petitioner                 :


COMMONWEALTH OF PENNSYLVANIA,   :    No. 420 MAL 2022

         Respondent             :

                                     :    Petition for Allowance of Appeal
                                     :    from the Order of the Superior Court

         v.                     :

GREGORY LEWIS, JR.,             :

         Petitioner                 :


COMMONWEALTH OF PENNSYLVANIA,   :    No. 421 MAL 2022

         Respondent             :

                                     :    Petition for Allowance of Appeal
                                     :    from the Order of the Superior Court

         v.                     :

GREGORY LEWIS, JR.,             :

         Petitioner                 :


COMMONWEALTH OF PENNSYLVANIA,   :    No. 422 MAL 2022

         Respondent             :

                                     :    Petition for Allowance of Appeal
                                     :    from the Order of the Superior Court

         v.                     :

GREGORY LEWIS, JR.,

        Petitioner

COMMONWEALTH OF PENNSYLVANIA,   :  No. 423 MAL 2022

        Respondent

                   :  Petition for Allowance of Appeal
                   :  from the Order of the Superior Court
        v.

GREGORY LEWIS, JR.,

        Petitioner

COMMONWEALTH OF PENNSYLVANIA,   :  No. 424 MAL 2022

        Respondent

                   :  Petition for Allowance of Appeal
                   :  from the Order of the Superior Court
        v.

GREGORY LEWIS, JR.,

        Petitioner

COMMONWEALTH OF PENNSYLVANIA,   :  No. 425 MAL 2022

        Respondent

                   :  Petition for Allowance of Appeal
                   :  from the Order of the Superior Court
        v.

GREGORY LEWIS, JR.,

        Petitioner

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 1st day of February, 2023, the Petition for Allowance of Appeal is **DENIED**.